UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINA HENRY,<br><br>                      Plaintiff,<br><br>-against-<br><br>CAPITOL ONE BANK (USA), N.A.; CHASE BANK USA, N.A.; WELLS FARGO FINANCIAL NATIONAL BANK; US BANK N.A.; LVNV FUNDING LLC; SECOND ROUND LIMITED PARTNERSHIP; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                      Defendants. | Case No.: 1:15-cv-3241 (CM) (KNF)<br><br>ECF Case |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew S. Kleinfeld, and the law firm of Jones Day, as counsel for Defendant Experian Information Solutions, Inc.

Dated: May 12, 2015

Respectfully submitted,

    */s/ Andrew S. Kleinfeld*
Andrew S. Kleinfeld (AK-1163)
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
E-mail:  askleinfeld@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Andrew S. Kleinfeld, certify that on May 12, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

                                                      */s/ Andrew S. Kleinfeld*
                                                      Andrew S. Kleinfeld