UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINA HENRY,<br><br>        Plaintiff,<br><br>-against-<br><br>CAPITOL ONE BANK (USA), N.A.; CHASE BANK USA, N.A.; WELLS FARGO FINANCIAL NATIONAL BANK; US BANK N.A.; LVNV FUNDING LLC; SECOND ROUND LIMITED PARTNERSHIP; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No.: 1:15-cv-3241 (CM) (KNF)<br><br>ECF Case |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned attorneys, and for its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, submits the following statement of corporate interests to enable the Court to evaluate possible disqualification or recusal:

1.  Parent Companies: The ultimate parent company of Experian is Experian plc.

2.  Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

  (a) Vehicle Title, LLC

  (b) Central Source LLC

  (c) Online Data Exchange LLC

  (d) New Management Services LLC

  (e) VantageScore Solutions LLC

    (f)    Opt-Out Services LLC

3.    Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a New Jersey registered company that is publicly traded on the London Stock Exchange.

Dated: New York, New York  
        May 12, 2015

Respectfully submitted,

*/s/ Andrew S. Kleinfeld*  
Andrew S. Kleinfeld (AK-1163)  
JONES DAY  
222 East 41st Street  
New York, New York 10017-6702  
Tel: (212) 326-3939  
Fax: (212) 755-7306  
Email: askleinfeld@jonesday.com

*Attorney for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

      I, Andrew S. Kleinfeld, certify that on May 12, 2015, I caused the foregoing Rule 7.1 Disclosure Statement to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

                                                         */s/ Andrew S. Kleinfeld*
                                                         Andrew S. Kleinfeld