# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3757
askleinfeld@jonesday.com

May 12, 2015

BY ECF & HAND DELIVERY

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

    Re:    *Martina Henry v. Capital One Bank (USA), N.A., et al.*
             Case No. 1:15-cv-03241 (CM) (KNF) (S.D.N.Y.)

Dear Judge McMahon:

    Defendant Experian Information Solutions, Inc. requests a 30-day extension of time to answer, move, or otherwise respond to the complaint, which would make the new deadline June 17, 2015.

    The current deadline for Experian to respond to the complaint is May 18, 2015. There have been no previous requests for the extension. Counsel for plaintiff consents to the request. Experian is requesting the extension so that it has time to collect and review initial documents related to allegations in plaintiff's complaint.

                                        Respectfully submitted,

                                          /s/ Andrew S. Kleinfeld

                                          Andrew S. Kleinfeld (AK-1163)

cc:    Kevin C. Mallon and Sameer S. Birring (counsel for plaintiff) (by ECF)
        All counsel of record (by ECF)

NYI-524656919

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON