UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARTINA HENRY,<br>      Plaintiff,<br><br>  -against-<br><br>CAPITAL ONE BANK (USA), N.A.;<br>CHASE BANK USA, N.A.; WELLS FARGO<br>FINANCIAL NATIONAL BANK; US BANK<br>N.A.; LVNV FUNDING LLC; SECOND<br>ROUND LIMITED PARTNERSHIP;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION, LLC; and EQUIFAX<br>INFORMATION SERVICES, LLC,<br><br>      Defendants. | :<br>:<br>:<br>:<br>Civ. Action No. 1:15-cv-03241-CM-KNF<br>:<br>:<br>**NOTICE OF APPEARANCE**<br>:<br>:<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant Chase Bank USA, N.A.  I certify that I am admitted to practice in this District and a member in good standing of this court.

Dated: New York, New York
   May 12, 2015

Respectfully submitted,

/s/   Noah Levine_____
Noah Levine
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
noah.levine@wilmerhale.com