UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARTINA HENRY, : | |
|             Plaintiff, | |
| : | |
| -against- | |
| : | |
| CAPITAL ONE BANK (USA), N.A.; | Civ. Action No. 1:15-cv-03241-CM-KNF |
| CHASE BANK USA, N.A.; WELLS FARGO : | |
| FINANCIAL NATIONAL BANK; US BANK | |
| N.A.; LVNV FUNDING LLC; SECOND : | **NOTICE OF APPEARANCE** |
| ROUND LIMITED PARTNERSHIP; | |
| EXPERIAN INFORMATION SOLUTIONS, : | |
| INC.; TRANS UNION, LLC; and EQUIFAX | |
| INFORMATION SERVICES, LLC, : | |
|             Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant Chase Bank USA, N.A.  I certify that I am admitted to practice in this District and a member in good standing of this court.

Dated: New York, New York  
       May 12, 2015

Respectfully submitted,

/s/   Alan E. Schoenfeld_____  
Alan E. Schoenfeld  
Wilmer Cutler Pickering Hale and Dorr LLP  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007  
Tel: (212) 230-8800  
Fax: (212) 230-8888  
alan.schoenfeld@wilmerhale.com