UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARTINA HENRY,<br>    Plaintiff,<br><br>  -against-<br><br>CAPITAL ONE BANK (USA), N.A.; CHASE BANK USA, N.A.; WELLS FARGO FINANCIAL NATIONAL BANK; US BANK N.A.; LVNV FUNDING LLC; SECOND ROUND LIMITED PARTNERSHIP; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civ. Action No. 1:15-cv-03241-CM-KNF<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CHASE BANK USA, N.A.** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Chase Bank USA, N.A. states that Chase Bank USA, N.A. is a wholly owned indirect subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
   May 12, 2015

Respectfully submitted,

/s/ _Alan E. Schoenfeld_____
Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

*Attorney for Chase Bank USA, N.A.*