WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

May 12, 2015

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, NY 10007

RE:    *Martina Henry v. Chase Bank USA, N.A.*
          Civil Action No. 1:15-cv-03241-CM-KNF
          Letter-Motion for Extension of Time to Answer, Move, or Otherwise Respond

Dear Judge McMahon,

      Defendant Chase Bank USA, N.A. ("Chase") respectfully submits this letter-motion requesting a thirty-day extension of time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint, through and including June 19, 2015.

      The original due date for responding to Plaintiff's Complaint is May 20, 2015. There have been no previous requests for extension in this matter. Counsel for Chase and Plaintiff have conferred and Plaintiff consents to the requested extension.

                                                  Respectfully submitted,

                                                  s/ Alan E. Schoenfeld

                                                  *Attorney for Chase Bank USA, N.A.*

cc: All counsel of record (by ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington