UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MARTINA HENRY,

         Plaintiff,

   -against-

CAPITAL ONE BANK (USA), N.A.; CHASE BANK USA, N.A.; WELLS FARGO FINANCIAL NATIONAL BANK; US BANK N.A.; LVNV FUNDING LLC; SECOND ROUND LIMITED PARTNERSHIIP; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,

         Defendant(s).

------------------------------------------x

**NOTICE OF APPEARANCE**

15 CV 3241

S I R S:

    PLEASE TAKE NOTICE THAT the defendant, LVNV FUNDING, LLC hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.

Dated: May 14, 2015

                                  _____
                                  ARTHUR SANDERS, ESQ. (AS1210)
                                  BARRON & NEWBURGER, P.C.
                                  Attorneys for defendant
                                  30 South Main Street
                                  New City, NY  10956
                                  845-499-2990