UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
MARTINA HENRY,                                     :
                                                   :
                Plaintiff,    : No. 1:15-cv-03241 (CM)
                                                   : ECF CASE
        v.                                  :
                                                   : **NOTICE OF APPEARANCE**
CAPITAL ONE BANK (USA), N.A., et al.,              :
                                                   :
                Defendants.   :
                                                   :
-------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Kristina Allen hereby enters her appearance as counsel for defendant Capital One Bank (USA), N.A. in the captioned matter, and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned.

Dated: May 15, 2015
      New York, New York

                                    **McGUIREWOODS LLP**

                    By:      ___s/ Kristina M. Allen_____
                                    Kristina M. Allen, Esq.
                                    1345 Avenue of the Americas, 7th Floor
                                    New York, New York 10105
                                    Phone: (212) 548-2164
                                    Fax: (212) 715-6262
                                    kallen@mcguirewoods.com

                                    *Attorney for Defendant Capital One Bank*
                                    *(USA), N.A.*