UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
MARTINA HENRY,                                           :
                                                         :
                    Plaintiff,                 :  No. 1:15-cv-03241 (CM)
                                                         :  ECF CASE
       v.                                                :
                                                         :  **RULE 7.1 CORPORATE**
CAPITAL ONE BANK (USA), N.A., et al.,                    :  **DISCLOSURE STATEMENT**
                                                         :
                    Defendants.                :
                                                         :
-------------------------------------------------------- X

        Pursuant to Rule 7.1, Defendant Capital One Bank (USA), N.A. ("COBUSANA") hereby discloses the following corporate interests:

        1.      COBUSANA is a national banking association organized under federal law.

        2.      Capital One Financial Corporation is the parent corporation of COBUSANA. The common stock of Capital One Financial Corporation is publicly traded.

        3.      Capital One Financial Corporation is the only entity that is publicly held. There are no other publicly-held companies owning 10% or more of COBUSANA.

Dated: May 15, 2015      Respectfully submitted:

                                    **McGuireWoods LLP**

                        By:    s/ Kristina M. Allen
                             Kristina M. Allen, Esq.
                             1345 Avenue of the Americas, 7th Floor
                             New York, New York 10105
                             Phone: (212) 548-2164
                             Fax: (212) 715-6262
                             kallen@mcguirewoods.com

Seth A. Schaeffer
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: (804) 775-1174 (Direct Line)
Fax: (804) 698-2167
sschaeffer@mcguirewoods.com

*Attorneys for Defendant Capital One Bank (USA), N.A.*