McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Kristina M. Allen
Direct: 212.548.2164

**McGUIREWOODS**

kallen@mcguirewoods.com
Fax: 212.715.6262

May 15, 2015

**Via ECF**

The Honorable Colleen McMahon
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street, Courtroom 17C
New York, NY 10007-1312

*Henry v. Capital One Bank (USA), N.A.*, Civil Action No. 1:15-cv-03241-CM
**Letter Motion for Extension of Time to Respond to Complaint**

Dear Judge McMahon:

Pursuant to Your Honor's Individual Rules of Practice, Defendant Capital One Bank (USA), N.A., respectfully requests an extension of time to file a responsive pleading to Plaintiff's Complaint up to and including June 1, 2015.

The original due date for responding to Plaintiff's Complaint is May 18, 2015. There have been no previous requests for an extension made by Capital One Bank (USA), N.A. The parties conferred and Plaintiff consents to the requested extension.

Very truly yours,

*s/ Kristina M. Allen*

Kristina M. Allen, Esq.
Attorney for Capital One Bank (USA), N.A.

Cc: All counsel of record (via ECF)

Atlanta | Austin | Baltimore | Brussels | Century City | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville
London | Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington