UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTINA HENRY,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.;
CHASE BANK USA, N.A.;
WELLS FARGO FINANCIAL NATIONAL BANK;
US BANK N.A.; LVNV FUNDING LLC;
SECOND ROUND LIMITED PARTNERSHIP;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANS UNION, LLC; and EQUIFAX INFORMATION
SERVICES, LLC,

    Defendants.

---

Case No.  1:15-cv-03241-CM

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services LLC submits the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Dated: New York, NY
      May 18, 2015

                                  KING & SPALDING LLP

                                  By: /s/*Gregory Schneider*
                                  Gregory Schneider
                                  KING & SPALDING, LLP
                                  1185 Avenue of the Americas
                                  New York, NY 10036-4003
                                  (212) 556-2168
                                  gschneider@kslaw.com

                                  *Attorney for Defendant Equifax Information Services LLC*