UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINA HENRY,<br><br>    Plaintiff,<br><br>  -against-<br><br>CAPITAL ONE BANK (USA), N.A.;<br>CHASE BANK USA, N.A.;<br>WELLS FARGO FINANCIAL NATIONAL BA;<br>US BANK N.A.; LVNV FUNDING LLC;<br>SECOND ROUND LIMITED PARTNERSHIP;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants | Docket No. 1:15-cv-03241-CM<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Han Sheng Beh, Esq., of Hinshaw & Culbertson LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, has been retained as counsel for Defendant Second Round Limited Partnership.  Copies of all pleadings, orders, notices and other documents should henceforth be served on him at the aforementioned mailing address.

Dated:    New York, New York
          May 18, 2015

                              HINSHAW & CULBERTSON LLP
                              *Attorneys for Defendant Second Round Limited Partnership*

                        By:   /s/Han Sheng Beh
                              Han Sheng Beh, Esq.
                              800 Third Avenue, 13th Floor
                              New York, New York 10022
                              Tel: (212) 471-6200

TO:   *All Counsel of Record (via ECF)*