UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINA HENRY,<br><br>    Plaintiff,<br><br>  -against-<br><br>CAPITAL ONE BANK (USA), N.A.;<br>CHASE BANK USA, N.A.;<br>WELLS FARGO FINANCIAL NATIONAL BA;<br>US BANK N.A.; LVNV FUNDING LLC;<br>SECOND ROUND LIMITED PARTNERSHIP;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants | Docket No. 1:15-cv-03241-CM<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant, SECOND ROUND LIMITED PARTNERSHIP, by its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

**No publicly-held corporation owns 10% or more of its stock. Second Round Limited Partnership has no publicly held affiliates.**

Dated:   New York, New York
            May 18, 2015

                                      HINSHAW & CULBERTSON LLP
                                      *Attorneys for Defendant Second Round Limited Partnership*

                           By:   */s/Han Sheng Beh*
                                  Han Sheng Beh, Esq.
                                  800 Third Avenue, 13th Floor
                                  New York, New York 10022
                                  Tel: (212) 471-6200

TO:   *All Counsel of Record (via ECF)*