# WILMERHALE

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

May 12, 2015

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/15
```

RE:   *Martina Henry v. Chase Bank USA, N.A.*
       Civil Action No. 1:15-cv-03241-CM-KNF
       Letter-Motion for Extension of Time to Answer, Move, or Otherwise Respond

Dear Judge McMahon,

Defendant Chase Bank USA, N.A. ("Chase") respectfully submits this letter-motion requesting a thirty-day extension of time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint, through and including June 19, 2015.

The original due date for responding to Plaintiff's Complaint is May 20, 2015. There have been no previous requests for extension in this matter. Counsel for Chase and Plaintiff have conferred and Plaintiff consents to the requested extension.

Respectfully submitted,

**MEMO ENDORSED**

s/ Alan E. Schoenfeld

*Attorney for Chase Bank USA, N.A.*

cc: All counsel of record (by ECF)

Granted

*[signed]* Colleen McMahon
5/18/2015