# HINSHAW
& CULBERTSON LLP

Han Sheng Beh
hbeh@hinshawlaw.com

**MEMO ENDORSED**

ATTORNEYS AT LAW
800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

May 18, 2015

5/21/15
Extension granted.

*[signature]*

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St.
New York, New York 10007

Re:   *Henry v. Capital One Bank (USA), N.A. et al*,
      Case No. 1:15-cv-03241-CM

Dear Judge McMahon:

We represent Defendant Second Round, LP ("Second Round") in the above-referenced lawsuit, and write to respectfully request an enlargement of time to respond to Plaintiff's Complaint from May 18, 2015 up to and including June 17, 2015.

No prior request for an enlargement of time has been made by Second Round and Plaintiff has consented to the extension of time. This extension will not affect any other deadlines currently set by the Court. We note that at least one other defendant has requested an extension of time for the same duration and that request was granted. We thank the Court for its consideration in this matter.

Very truly yours,

HINSHAW & CULBERTSON LLP

/s/ *Han Sheng Beh*
Han Sheng Beh
HSB:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/15

cc:   All Counsel of Record (via ECF)

---

**Building on the Barger Tradition**

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Rhode Island   Wisconsin   ♦   London

131069191v1 0972552