McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARTINA HENRY,

                       Plaintiff,

    -against-

CAPITAL ONE BANK (USA), N.A.; CHASE BANK USA, N.A.; WELLS FARGO FINANCIAL NATIONAL BANK; US BANK N.A.; LVNV FUNDING LLC; SECOND ROUND LIMITED PARTNERSHIP; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,

                       Defendant(s).
------------------------------------------------------------X

STIPULATION EXTENDING TIME DEFENDANT'S TIME TO ANSWER COMPLAINT

15-CV-3241 (cm)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/15

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The time for defendant LVNV FUNDING, LLC to respond to the complaint of MARTINA HENRY, is extended to and including June 10, 2015.

Dated: New City, NY
       May 14, 2015

_____
Kevin Mallon, Esq.
Fishman & Mallon, LP
Attorneys for plaintiff

305 Broadway, Suite 900
New York, NY 10007

_____
Arthur Sanders, Esq.
Barron & Newburger, P.C.
Attorney for defendant LVNV FUNDING, LLC
30 South Main Street
New City, NY 10956

SO ORDERED:

_____
U.S.D.J.
5/21/15