# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

Plaintiff,

-v-

Case No._____

**Rule 7.1 Statement**

Defendant.

_____

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

/s/ DANIEL GINZBURG

**Date:** _____

_____

**Signature of Attorney**

**Attorney Bar Code:** _____

Form Rule7_1.pdf   SDNY Web 10/2007