**McGuireWoods LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Kristina M. Allen**
Direct: 212.548.2164

kallen@mcguirewoods.com
Fax: 212.715.6262

**McGuireWoods**

May 29, 2015

**Via ECF**

The Honorable Colleen McMahon
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street, Courtroom 17C
New York, NY 10007-1312

*Henry v. Capital One Bank (USA), N.A.*, **Civil Action No. 1:15-cv-03241-CM**
**Letter Motion for Extension of Time to Respond to Complaint**

Dear Judge McMahon:

Pursuant to Your Honor's Individual Rules of Practice, Defendant Capital One Bank (USA), N.A., respectfully requests a second extension of time to file a responsive pleading to Plaintiff's Complaint up to and including June 11, 2015.

On May 18, 2015, this Court granted Capital One's initial request for an adjournment of time to file a responsive pleading from May 18, 2015 to and including June 1, 2015. Capital One makes this subsequent request for an additional ten days in order to allow it to further investigate the allegations contained in Plaintiff's Complaint. The parties conferred and Plaintiff consents to the requested extension.

Very truly yours,

*s/ Kristina M. Allen*

Kristina M. Allen, Esq.
Attorney for Capital One Bank (USA), N.A.

Cc: All counsel of record (via ECF)

Atlanta | Austin | Baltimore | Brussels | Century City | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville
London | Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington