UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| Martina Henry | Case No.  1:15-cv-03241-CM |
| Plaintiff, | |
| -against- | |
| Capital One Bank (USA), N.A. et al | |
| Defendant. | |

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending             ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Sameer Singh Birring**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SB1827 _____ My State Bar Number is 5014725

I am,

☑ An attorney

☐ A Government Agency attorney

☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Fishman & Mallon, LLP
                    FIRM ADDRESS: 305 Broadway, Suite 900
                    FIRM TELEPHONE NUMBER: 212-897-5856
                    FIRM FAX NUMBER: 212-897-5841

NEW FIRM:     FIRM NAME: Mallon Consumer Law Group PLLC
                    FIRM ADDRESS: 1 Liberty Plaza, 165 Broadway, Suite 2301
                    FIRM TELEPHONE NUMBER: 646-759-3662
                    FIRM FAX NUMBER:

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/2/2015

_____
ATTORNEY'S SIGNATURE