```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MARTINA HENRY,
                                            RULE 7.1 DISCLOSURE
                    Plaintiff,             15-cv-3241

        -against-

CAPITAL ONE BANK (USA), N.A.; CHASE
BANK USA, N.A.; WELLS FARGO
FINANCIAL NATIONAL BANK; US BANK,
N.A.; LVNV FUNDING, LLC; SECOND
ROUND LIMITED PARTNERSHIP; EXPERIAN
INFORMATION SOLUTIONS, INC,; TRANS
UNION, LLC; and EQUIFAX INFORMATION
SERVICES, LLC,

                    Defendant(s).
----------------------------------------x
```

Defendant, LVNV FUNDING, LLC (LVNV), through its attorney ARTHUR SANDERS, ESQ., and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits it Corporate Disclosure Statement and states:

1. Fed. R. Civ. P. 7.1(a) provides, "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Sherman Originator, LLC (Sherman) is the parent entity and 100% owner of LVNV. Neither Sherman nor LVNV is a publicly held corporation.

Dated:   New City, NY
         June 11, 2015

                                                          */s/ Arthur Sanders*
_____

ARTHUR SANDERS, ESQ.
BARRON & NEWBURGER, P.C.
Attorney for defendant
30 South Main Street
New City, NY   10956
845-499-2990