

# WILMERHALE

June 24, 2015

BY FAX

Alan E. Schoenfeld

+1 212 937 7204 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Fax No. (212) 805-6326

Re: *Henry v. Capital One Bank (USA) N.A.* Case No. 15-cv-03241

Dear Judge McMahon:

Pursuant to your order scheduling an initial pretrial conference in the above referenced matter, please find attached a proposed civil case management plan, which has been consented to by all parties through their counsel.

Thank you,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

cc: All Counsel (By Email)

*Handwritten endorsement:* 6/25/15 Conference Cancelled. [signed] Colleen McMahon

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/15
```

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Washington