UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
MARTINA HENRY,                                          :
                                                        :
               Plaintiff,                  :   No. 1:15-cv-03241 (CM)
                                                        :
               v.                          :   **NOTICE OF APPEARANCE**
                                                        :
CAPITAL ONE BANK (USA), N.A., et al.,                   :
                                                        :
               Defendants.                 :
                                                        :
------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Philip A. Goldstein hereby enters his appearance as counsel for defendant Capital One Bank (USA), N.A. in the captioned matter, and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned.

Dated: July 2, 2015
      New York, New York

                                           **McGUIREWOODS LLP**

                          By:       s/ Philip A. Goldstein
                                   Philip A. Goldstein
                                   1345 Avenue of the Americas, 7th Floor
                                   New York, New York 10105
                                   Phone: (212) 548-2167
                                   Fax: (212) 715-6275
                                   pagoldstein@mcguirewoods.com

                                   *Attorney for Defendant Capital One Bank (USA), N.A.*

68729539_1