UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| MARTINA HENRY,<br>　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.;<br>CHASE BANK USA, N.A.; WELLS<br>FARGO FINANCIAL NATIONAL BANK;<br>US BANK N.A.; LVNV FUNDING LLC;<br>SECOND ROUND LIMITED PARTNERSHIP;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANS UNION, LLC; and EQUIFAX<br>INFORMATION SERVICES, LLC;<br>　　　　Defendants. | CASE NO. 1:15-cv-03241-CM<br>ECF Case<br><br><br><br>**TRANS UNION, LLC'S<br>SUPPLEMENTAL RULE 7.1<br>CORPORATE DISCLOSURE<br>STATEMENT** |

　　　　Defendant Trans Union LLC, ("Trans Union") by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

　　　　Trans Union is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, formerly known as TransUnion Holding Company, Inc.  TransUnion is a publicly traded entity.  Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.

　　　　No public company directly owns 10% or more of the stock in Trans Union. TransUnion, a publicly traded entity, owns more than 10% of the stock in TransUnion Intermediate Holdings, Inc.  Goldman Sachs Group, Inc., a publicly traded entity, through GS Capital Partners, owns more than 10% of the stock in TransUnion.

Date:  July 2, 2015                              Respectfully submitted,


                                                 */s/ Katherine E. Carlton*
                                                 Camille R. Nicodemus, Esq.
                                                 Katherine E. Carlton, Esq.
                                                   (admitted *Pro Hac Vice*)
                                                 Schuckit & Associates, P.C.
                                                 4545 Northwestern Drive
                                                 Zionsville, IN  46077
                                                 Telephone:  (317) 363-2400
                                                 Fax:  (317) 363-2257
                                                 E-Mail:  cnicodemus@schuckitlaw.com
                                                          kcarlton@schuckitlaw.com

                                                 *Counsel for Defendant, Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of July, 2015**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Kevin C. Mallon, Esq. consumer.esq@outlook.com | Sameer Singh Birring, Esq. birring@fmlawoffices.net |
| Gregory L. Schneider, Esq. gschneider@kslaw.com | Noah Levine, Esq. noah.levine@wilmerhale.com |
| Kristina M. Allen, Esq. kallen@mcguirewoods.com . | Alan E. Schoenfeld, Esq. Alan.schoenfeld@wilmerhale.com |
| Seth A. Schaeffer, Esq. sschaeffer@mcguirewoods.com | Han Sheng Beh, Esq. hbeh@hinshawlaw.com |
| Arthur Sanders, Esq. asanders@arthursanderslaw.com | Daniel Ginzburg, Esq. dginzburg@podvey.com . |
| Andrew S. Kleinfeld, Esq. askleinfeld@jonesday.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of July, 2015**, properly addressed as follows:

| | |
|---|---|
| None. | |

      /s/ Katherine E. Carlton
      Camille R. Nicodemus, Esq.
      Katherine E. Carlton, Esq.
        (admitted *Pro Hac Vice*)
      Schuckit & Associates, P.C.
      4545 Northwestern Drive
      Zionsville, IN  46077
      Telephone:  (317) 363-2400
      Fax:  (317) 363-2257
      E-Mail:  cnicodemus@schuckitlaw.com
               kcarlton@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*