UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINA HENRY,<br><br>    Plaintiff,<br><br> -against-<br><br>CAPITAL ONE BANK (USA), N.A.; CHASE BANK USA, N.A.; WELLS FARGO FINANCIAL NATIONAL BANK; US BANK N.A.; LVNV FUNDING LLC; SECOND ROUND LIMITED PARTNERSHIP; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 1:15-cv-03241-CM |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned has been retained as counsel for defendant Wells Fargo Financial National Bank in the above-captioned matter and requests that copies of all pleadings, notices, orders and other filings be sent to the undersigned at the address indicated below.

I certify that I am admitted to practice in this Court and am a registered electronic case filing user.

Dated: July 17, 2015

                   Respectfully submitted,

              By: /s/ Robin L. Muir
                  Robin L. Muir
                  Hogan Lovells US LLP
                  875 Third Avenue
                  New York, New York 10022
                  Tel: (212) 918-3000
                  Fax:(212) 918-3100
                  robin.muir@hoganlovells.com
                  *Counsel for Defendant*
                  *Wells Fargo Financial National Bank*

## CERTIFICATE OF SERVICE

I hereby further certify that on this 17th day of July, 2015, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice to all appearing parties.  Parties may access this filing through the Court's ECF System.

/s/ Robin L. Muir
Robin L. Muir