UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINA HENRY,<br><br>                Plaintiff,<br><br>  -against-<br><br>CAPITAL ONE BANK (USA), N.A.; CHASE BANK USA, N.A.; WELLS FARGO FINANCIAL NATIONAL BANK; US BANK N.A.; LVNV FUNDING LLC; SECOND ROUND LIMITED PARTNERSHIP; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                Defendants. | Case No.: 1:15-cv-03241-CM |

### RULE 7.1 DISCLOSURE STATEMENT OF
### DEFENDANT WELLS FARGO FINANCIAL NATIONAL BANK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Wells Fargo Financial National Bank discloses that Wells Fargo & Company is a publicly-held corporation, and that Wells Fargo & Company directly and indirectly owns 100 percent of the stock of Wells Fargo Financial National Bank.  Wells Fargo & Company has no parent corporation, and no publicly-held corporation owns ten percent or more of its stock.

Dated: July 17, 2015

                                      HOGAN LOVELLS US LLP

By:    /s/ Robin L. Muir
        Robin L. Muir
        875 Third Avenue
        New York, New York 10022
        Tel: (212) 918-3000
        Fax: (212) 918-3100
        robin.muir@hoganlovells.com
        *Counsel for Defendant*
        *Wells Fargo Financial National Bank*

## CERTIFICATE OF SERVICE

I hereby further certify that on this 17th day of July, 2015, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice to all appearing parties.  Parties may access this filing through the Court's ECF System.

/s/ Robin L. Muir
Robin L. Muir