UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MARTINA HENRY,
               Plaintiff,

   -against-

CAPITAL ONE BANK (USA), N.A.;
CHASE BANK USA, N.A.; WELLS FARGO
FINANCIAL NATIONAL BANK; US BANK
N.A.; LVNV FUNDING LLC; SECOND
ROUND LIMITED PARTNERSHIP;
EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION, LLC; and EQUIFAX
INFORMATION SERVICES, LLC,

               Defendants.

------------------------------------ X

Civ. Action No. 1:15-cv-03241-CM-KNF

**MEMO ENDORSED**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Martina Henry against Defendant Chase Bank USA, N.A. only shall be, and hereby are, dismissed with prejudice. Each party shall bear its own fees and costs.

Dated August 26, 2015

Respectfully submitted,

_____
Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

*For defendant Chase Bank USA, N.A.*

_____
Kevin C. Mallon
Mallon Consumer Law Group PLLC
1 Liberty Plaza
165 Broadway, Suite 2301
New York, NY 10006
Tel: 646) 759-3663
consumer.esq@outlook.com

*For plaintiff Martina Henry*

1

SO ORDERED this 27 day of August, 2015

_____
Hon. Colleen McMahon, U.S.D.J.
8/27/15

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
     FILED: 8/27/15
```